IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY | PLAINTIFF |
| v. | CIVIL ACTION NO.: 1:12CV87-GHD-DAS |
| EMMA M. HANNAH, ET AL. | DEFENDANT |

## AGREED ORDER OF DISTRIBUTION AND DISMISSAL WITH PREJUDICE

This matter came before this Court by agreement of the parties to disburse funds currently held by the Clerk pursuant to Order Authorizing Deposit of Funds and Preliminary Injunction [Doc. 6] and to dismiss this matter with prejudice. The Court, understanding that the parties have amicably resolved their dispute and have consented to the terms of this Order, finds that the relief sought and dismissal with prejudice are appropriate.

THEREFORE, IT IS ORDERED AND ADJUDGED as follows:

1. The Clerk shall disburse twenty percent (20%) of the balance of the funds (principal plus interest) to Fair & Mayo Trust Account (EIN: 27-4688819), Post Office Box 509, Louisville MS 39339.

2. The Clerk shall disburse eighty percent (80%) of the balance of the funds (principal plus interest) to Hathorn Law Office Trust Account (EIN: 64-0665842), Post Office Box 39, Louisville MS 39339.

3. Upon notice from the Clerk that these funds have been distributed, this matter is dismissed with prejudice.

SO ORDERED, this the 30th day of January, 2015.

_____
SENIOR JUDGE

AGREED AND APPROVED:

*C. Hugh Hathorn*
C. Hugh Hathorn, Esq.
*Attorney for Defendants Heather Nakole Hannah, LeToya Ja'kia Hannah, Jameela Vemay Hannah, and Jasmine Kiarra Hannah*


*John D. Mayo*
John D. Mayo, Esq.
*Attorney for Defendant Emma Matthew Hannah*